**UNITED STATE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

| | |
|---|---|
| **Stephanie Lauren Welch** | Case No. 8:21-bk-01866-RCT |
| **Harry James Welch, IV** | Chapter 7 |

**Debtor(s)**
_____/

## PROOF OF SERVICE

**I HEREBY CERTIFY that a true and correct copy of the attached** *Order Approving Amended Application To Employ Real Estate Broker And Short Sale Negotiator* was sent via mail and/or electronic mail on the 8th day of July 2021, to: Updated Mailing Matrix (See Attached)

/s/ *Richard M. Dauval, Esq.*
**Richard M. Dauval, Esq., FBN 664081**
Leaven Law
3900 First Street North, Suite 100
St. Petersburg, FL 33703

ORDERED.

Dated:  July 07, 2021

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case No.: 8:21-bk-01866-RCT
                                                                          Chapter 7
Stephanie Lauren Welch and
Harry James Welch, IV

      Debtor(s).
_____/

**ORDER APPROVING AMENDED APPLICATION**
**TO EMPLOY REAL ESTATE BROKER AND SHORT SALE NEGOTIATOR**

THIS CASE came on for consideration upon the Amended Application to Employ Real Estate Broker and Short Sale Negotiator, filed by the Trustee (Doc. 19) (the "Application").  The Court, having reviewed the Application and accompanying declarations of the Real Estate Broker and Short Sale Negotiator ("Listing Agents"), concludes it is appropriate to approve the Application.  Accordingly, it is

    **ORDERED**:

    1.    The Application (Doc. 19) is APPROVED.

    2.    The Trustee is authorized to employ Fevil Patel of Fine Properties and Patrick Butler of BK Global Real Estate Services as Real Estate Agent and Short Sale Negotiator to provide services to the Trustee in relation to the marketing and sale of real property of the estate.

      3.      Compensation shall be determined later in accordance with 11 U.S.C. § 330.

      4.      Payment to the Listing Agents shall be made only after application and upon order approving fees by the Court. No payment whatsoever shall be made to the Listing Agents absent application and order.

Richard M. Dauval, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:21-bk-01866-RCT<br>Middle District of Florida<br>Tampa<br>Thu Jul  8 16:07:32 EDT 2021 | Patrick Butler<br>BK Global Real Estate Services<br>1095 Broken Sound Parkway, N.W.<br>Suite 100<br>Boca Raton, FL 33487-3503 | (p)MANATEE COUNTY TAX COLLECTOR<br>1001 3RD AVE W SUITE 240<br>BRADENTON FL 34205-7871 |
| MidFlorida Credit Union<br>c/o Gregory A. Sanoba, Esquire<br>422 South Florida Avenue<br>Lakeland, FL 33801-5227 | Fevil Patel<br>Fine Properties<br>5220 Paylor Lane<br>Lakewood Ranch, FL 34240-2204 | Harry James Welch 4th<br>3019 39th St. E.<br>Bradenton, FL 34208-7032 |
| Stephanie Lauren Welch<br>3019 39th St. E.<br>Bradenton, FL 34208-7032 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Doctors Hosp. Sarasota<br>5731 Bee Ridge Rd.<br>Sarasota, FL 34233-5056 | Doctors Hospital Of Sarasota<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Laura Styx<br>3409 17th Ave W<br>Bradenton, FL 34205-1402 | MIDFLORIDA Credit Union<br>P O Box 8008<br>Lakeland, FL 33802-8008 | Medicredit Inc.<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 |
| (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Shellpoint Mort Serv<br>Attn: Bankruptcy<br>Po Box 10826<br>Greenville, SC 29603-0826 |
| Shellpoint Mortgage Servicing<br>55 Beattie Place<br>Greenville, SC 29601-2165 | U.S. Department of Education<br>Po Box 5609<br>Greenville, TX 75403-5609 | United States Treasury<br>1500 Penn Ave. N.W.<br>Washington, DC 20220-0001 |
| Gregory A. Sanoba +<br>The Sanoba Law Firm<br>422 South Florida Avenue<br>Lakeland, FL 33801-5227 | United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Richard M Dauval +<br>LeavenLaw<br>3900 First Street North, Suite 100<br>St. Petersburg, FL 33703-6109 |
| William J Kopp Jr.+<br>Kopp Law PA<br>360 Central Ave, Suite 1570<br>St. Petersburg, FL 33701-3838 | Dawn A Carapella +<br>P.O. Box 67<br>Valrico, FL 33595-0067 | Neisi I Garcia Ramirez +<br>McCalla, Raymer, Libert, Pierce<br>110 SE 6th Street, 24th Floor<br>Fort Lauderdale, FL 33301-5000 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Manatee County Tax Collector        Discover Financial              Phoenix Financial Services, LLC
1001 3rd Ave W, Suite 240           Pob 15316                       8902 Otis Ave
Bradenton, FL 34205                 Wilmington, DE 19850            Indianapolis, IN 46216


Portfolio Recovery Associates, LLC
120 Corporate Blvd Ste 100
Norfolk, VA 23502
```

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)NewRez LLC d/b/a Shellpoint Mortgage Servi        End of Label Matrix
                                                     Mailable recipients    26
                                                     Bypassed recipients     1
                                                     Total                  27
```